813 A.2d 643

**Lewis E. ATKINSON, Appellant,**

**v.**

**James Michael EVANS, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 2002.

Decided Dec. 31, 2002.

Ann Veronica Levin, LeRoy Smigel, Harrisburg, for Lewis E. Atkinson.

Thomas M. Chairs, Camp Hill, Francis E. Marshall, Philadelphia, for James Michael Evans.

Before: CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR, and EAKIN, JJ.

## ORDER

PER CURIAM.

Based on its opinion, the Order of the Superior Court is affirmed. *See Atkinson v. Evans,* 787 A.2d 1033 (Pa.Super.2001).

Chief Justice ZAPPALA did not participate in the consideration or decision of this case.